WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Oscar Aguilar-Gomez**<br>aka Manuel<br><br>DOB:            PDID: | DOCKET NO: 05-246   MAGIS. NO: 7<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Oscar Aguilar-Gomez<br>aka Manuel<br><br>FILED<br>OCT 0 6 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE     Indictment | DISTRICT OF ARREST |
| TO:   ANY UNITED STATES MARSHAL OR<br>       OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

(Conspiracy to Commit Offense Against the United States)
(Production of Fraudulent Documents)
(Transfer of Fraudulent Documents)
(Aiding and Abetting)

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18 U.S.C. § 371            18 U.S.C. § 1028(a)(2),(b)(1)<br>18 U.S.C. § 1028(a)(1),(b)(1)   18 U.S.C. § 2 | |
|---|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY:<br>**MAGISTRATE JUDGE FACCIOLA**<br>CLERK OF COURT:<br>**Nancy Mayer-Whittington** | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>/s/ Facciola<br>BY DEPUTY CLERK: | DATE ISSUED:<br>**SEPTEMBER 22, 2005**<br>DATE: 9/22/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>9-22-05<br>DATE EXECUTED<br>10-6-05 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN McLEOD<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>Sean McLeod |