UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| V. : | Criminal No. 05-246-07 (RMC) |
| : | |
| OSCAR AGUILAR-GOMEZ : | |
| (JOSE LUIS CONTRERAS-MACEDAS) : | |

O R D E R

Upon consideration of the motion of Oscar Aguilar-Gomez to join the motion to dismiss the indictment filed by David Mora-Gil, and to dismiss the superseding indictment, any opposition to those motions and the entire record of this proceeding, it is this _____ day of _____, 2005, hereby

ORDERED, that the motion of Oscar Aguilar-Gomez to join the motion to dismiss filed by David Mora-Gil is GRANTED; and it is further

ORDERED, that the motions to dismiss the superseding indictment, returned on September 22, 2005, are GRANTED WITH PREJUDICE.

_____
ROSEMARY M. COLLYER, Judge
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies:

All parties of record