UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 05-246 (RMC) |
| ) | |
| OSCAR AGUILAR-GOMEZ ) | |
| ) | |

**ORDER**

Upon application by defendant Oscar Aguilar-Gomez, by his attorney, Gary M. Sidell, based upon events occurring on January 18, 2006, at the Correctional Treatment Facility ("CTF"), located at 1901 E Street, SE, Washington, DC, the location at which the defendant is currently incarcerated pending resolution of the charges against him, when his attorney and Spanish speaking-interpreter, Ms. Angeles Estrada, attempted to confer with the defendant, but were precluded by Officer Eaglin from conferring with him, it is this 8th day of February, 2006, hereby

**ORDERED** that the administration, staff and employees shall not preclude or interfere with Mr. Aguilar-Gomez's Fifth and Sixth Amendment rights to Due Process and Counsel and his Spanish-speaking interpreter, Ms. Angeles Estrada, provided that both produce and provide photograph identification to CTF staff upon entry; and it is further

**ORDERED** that CTF staff shall produce Mr. Aguilar-Gomez for legal visits by counsel and his interpreter in an interview room in not more than thirty (30) minutes time once counsel signs in at the CTF entry location; and it is further

**ORDERED** that counsel and his interpreter are authorized to have in their possession when conferring with Mr. Aguilar-Gomez any and all materials, publications,

documents, laptop computers and computer-formatted materials including compact discs that are, in counsel's judgment, in any way involved with the preparation and presentation of his defense in this case, and it is further

**ORDERED** that counsel may provide written materials to Mr. Aguilar-Gomez concerning his case, including, but not limited to, pleadings, correspondence, photocopies of written materials and any other item concerning his case provided that any such item is not *malum in se*; and it is further

**ORDERED** that the contents of this Order shall be made known to all necessary CTF personnel, particularly but without limitation to those in control of the visitors' entry, within forty-eight (48) hours of its receipt; and it is further

**ORDERED** that any interference with Mr. Aguilar-Gomez's right to confer with his counsel and interpreter, or any of the provisions of this Order, by CTF personnel, of whatever rank, may constitute contempt requiring notice and an evidentiary hearing prior to imposition of any sanction.

Dated: February 8, 2006.

/s/
ROSEMARY M. COLLYER
United States District Judge

Copies:

Gary M. Sidell, Esq.
1101 Connecticut Avenue, NW
Suite 1000
Washington, DC  20036

Warden Figueroa
1901 E Street, SE
Washington, DC  20003