UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Oscar Aguilar-Gomez

Criminal No. 05-246-07

**FILED**
JUL 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his/her right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States Attorney

APPROVED:

_____
United States District Judge

Dated: 18 July 2006