IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 05-246-07 (RMC)** |
| v. | : | |
| **OSCAR AGUILAR-GOMEZ,** | : | **VIOLATION:** |
| Defendant. | : | 18 U.S.C. § 371 |
| | : | (Conspiracy) |

**FILED**

JUL 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FACTUAL PROFFER
## IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that between on or about February 1, 2005, through on or about August 2, 2005, defendant Oscar Aguilar-Gomez (hereinafter, "Aguilar-Gomez" or "defendant") violated 18 U.S.C. § 371, Conspiracy to Commit an Offense Against the United States, that is, Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of 18 U.S.C. § 1546(a).

The defendant is a Mexican national who entered the United States illegally. The defendant subsequently came to Washington, D.C., where he became a member of an organization that conspired together to manufacture, possess and sell false alien registration cards, employment authorization cards and social security cards (collectively, "identity documents") in the 1600 through 1800 blocks of Columbia Road, N.W. ("Columbia Road"). Real identity documents are prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United

States.

The defendant was one member of an organized group of individuals who conspired together to manufacture, possess and sell illegal identity documents. The defendant knows that other members of the organization included, among others not named here, Raymundo Lopez-Vargas, who is also called "Floy" and "Floyd;" Pedro Hernandez-Carlon, who is also called "Perico;" and Remigio Gonzalez-Olvera, who is also called "Cachando."

The defendant admits that he was one of the men who sold the illegal identity documents on Columbia Road. Thus, almost every day during his participation in the charged conspiracy, the defendant would stand along the 1600 through 1800 blocks of Columbia Road, N.W., and meet with individuals who wanted to buy illegal identity documents. The defendant would record the prospective buyer's personal information, for example, a name and birth date, and collect a passport photo of the individual. A "runner" would then pick up the defendant's order(s) and take that information to a "document mill," or "office," in other words, the location where the illegal identity documents were actually being made by a coconspirator. The defendant would write his name, "Oscar" on his customer's paperwork in order to keep track of his sales.

Once an order was placed, coconspirators at the document mill made the illegal identity documents. Within a few hours after an order was placed, a coconspirator would return to Columbia Road with the completed fake identity documents and return them to the defendant. The defendant would then meet with the buyer and exchange the fake identity documents for a fee, which was typically $70. The defendant would usually keep $20 for himself and turn the remainder of the money over to another coconspirator who was responsible for collecting money from the salesmen and helping to run the organization. At the time he made the sales, the defendant knew the identity

documents were fakes, and produced without lawful authority.

The defendant also knew that the illegal identity documents he sold were made in a document mill that produced illegal identity documents which he and the other members of the conspiracy sold on Columbia Road. Indeed, Aguilar-Gomez's fingerprints were found on a white film processing envelope, and a sheet of blank illegal resident alien cards seized from the document mill at 526 Tuckerman St., NW, Washington, D.C. Thus, during the period of the conspiracy, the defendant conspired to possess and sell illegal identity documents.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. #451058

By:  *[signature]*

FREDERICK W. YETTE
Assistant United States Attorney
D.C. Bar No. #385391
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov

## Defendant's Acceptance of Factual Proffer

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above. This proffer, and conversations with my attorney, have all been translated from English to Spanish by a court certified interpreter so that I may fully understand the information contained in this document, as well as my attorney's information and advice.

_07-18-06_
Date

_Oscar Aguilar Gomez_
Oscar Aguilar-Gomez

## Defense Counsel's Acknowledgment

I am Oscar Aguilar-Gomez's attorney. The Factual Proffer in Support of Guilty Plea accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_7-18-06_
Date

_Gary M Sidell_
Gary Sidell, Esq.