FROM : HIGH FASHION    PHONE NO. : 52435248    JUL. 12 2006 07:34PM P1



### HOJALATERIA Y PINTURA
### GARED-CAR
**COLLISION CENTER**

VICTOR HUGO No. 153   COL. PORTALES   C.P. 03300   MEXICO, D.F.
TEL.: 5243-6311   high-fashion@hotmail.com

MEXICO, D.F. A 11 DE JULIO DE 2006

A QUIEN CORRESPONDA:

POR MEDIO DE LA PRESENTE LE INFORMO A USTED QUE EL **SR. OSCAR AGUILAR GOMEZ** LABORO EN ESTA EMPRESA EN EL PERIODO DEL **10 DE MAYO DE 2002 AL 15 DE MAYO DE 2005** PERIODO EN EL QUE REALIZO SUS LABORES CON RESPONSABILIDAD Y HONESTIDAD GANANDO UN SUELDO DE **$ 1,000.00 (UN MIL PESOS 00/100 M.N.) A LA SEMANA.**

A SI MISMO AL **SR. OSCAR AGUILAR GOMEZ** SE LE HACIA UN DESCUENTO EN SU NOMINA DEL **30% PARA LA MANUTENCION DE SUS HIJAS MONSERRAT AGUILAR GALVAN Y SCHARON AGUILAR GALVAN**, ENTREGANDOLE DICHO PORCENTAJE A LA SRA. **SOLEDAD GALVAN EN EFECTIVO.**
SIN MAS POR EL MOMENTO QUEDO A SUS ORDENES PARA CUALQUIER DUDA O ACLARACION.

ATENTAMENTE
FELIPE DE JESUS GARCIA GALICIA
GERENTE GENERAL
GARED-CAR
DIRECTO 52-43-63-11
NEXTEL 35-42-92-31



DEFT./RESP.
EXHIBIT II
CASE# 05-246

TRANSLATION

# CAR BODYWORK AND PAINTING

## GARED-CAR

COLLISION CENTER

VICTOR HUGO No. 153 COL. PORTALES C.O. 03300   MÉXICO, D.F.
TEL. 5243-6311    high-fashion@hotmail.com

MEXICO CITY, JULY 11, 2006

TO WHOM IT MAY CONCERN

THIS IS TO CERTIFY THAT **MR. ÓSCAR AGUILAR GÓMEZ** WORKED FOR THIS COMPANY FROM **MAY 10, 2002 THROUGH MAY 15, 2005**, DURING WHICH TIME HE WAS RESPONSIBLE AND HONEST IN CARRYING OUT HIS DUTIES; AND HE RECEIVED A SALARY OF **$1,000.00 (ONE THOUSAND MEXICAN PESOS)** PER WEEK.

ALSO, PLEASE KNOW THAT THERE WAS A **30%** WITHHOLDING ON **MR. ÓSCAR AGUILAR GÓMEZ** WAGES, **FOR CHILD-SUPPORT** PURPOSES, FOR HIS DAUGHTERS **MONSERRRAT AGUILAR GALVÁN AND SCHARON AGUILAR GALVÁN**. SUCH A PERCENTAGE WAS DELIVERED TO **MS. SOLEDAD GALVÁN IN CASH**.

WITH NOTHING ELSE TO ADD, I REMAIN AT YOUR DISPOSAL IF YOU HAVE ANY QUESTIONS, OR THERE IS SOMETHING TO CLARIFY.

SINCERELY,
FELIPE DE JESÚS GARCÍA GARCÍA
GENERAL MANAGER
GARED-CAR
DIRECT LINE 52-43-63-11
NEXTEL 35-42-92-31