Yo Oscar Aguilar Gomez por medio de la presente hago presentar que le estoy dando el 30% de los $1000°° pesos que gano en mi trabajo, para la manotencion que pide la mama de mis hijas Montserrat y Sharon poniendo de que dia a que dia les estoy cumpliendo grasias.

Mª Soledad Galvan Rios
Firma

Fecha

| | | |
|---|---|---|
| Lunes 5 de Enero | a | Domingo 11 de Enero |
| Lunes 12 de Enero | a | Domingo 18 de Enero |
| Lunes 19 de Enero | a | Domingo 25 de Enero |
| Sabado 24 de Enero | a | Viernes 30 de Enero |
| Sabado 31 de Enero | a | Viernes 6 de Febrero |
| Sabado 7 de Febrero | a | Viernes 13 de Febrero |
| ~~Sabado 14 de Febrero~~ | a | ~~Viernes 20 de Febrero~~ |
| Sabado 21 de Febrero | a | Viernes 27 de Febrero |
| Sabado 28 de Febrero | a | Viernes 5 de Marzo |
| Sabado 6 de Marzo | a | Viernes 12 de Marzo |
| Sabado 13 de Marzo | a | Viernes 19 de Marzo |
| Sabado 20 de Marzo | a | Viernes 26 de Marzo |
| Sabado 27 de Marzo | a | Viernes 2 de Abril |
| Sabado 3 de Marzo | a | Viernes 9 de Abril |
| Sabado 10 de Abril | a | Viernes 16 de Abril |
| Sabado 17 de Abril | a | Viernes 23 de Abril $450°° |

DEFT./RESP.
EXHIBIT III
CASE# 05-246

TRANSLATION

I, Óscar Aguilar Gómmez, hereby certify that I am paying 30% of my $1,000 earnings from my job, to support my daughters --Montserrat and Scharon--, as requested by their mother. And I am complying with this, day after day. Thank you.

| Date | | Ma. Soledad Ganván Riós |
|---|---|---|
| Monday, January 5 | through Sunday, January 11 | (signature) |
| Monday, January 12 | through Sunday, January 18 | (signature) |
| Monday, January 19 | through Sunday, January 25 | (signature) |
| Saturday, January 24 | through Friday, January 30 | (signature) |
| Saturday, January 31 | through Friday, February 6 | (signature) |
| Saturday, February 7 | through Friday, February 13 | (signature) |
| Saturday, February 14 | through Friday, February 20 | (signature) |
| Saturday, February 21 | through Friday, February 27 | (signature) |
| Saturday, February 28 | through Friday, March 5 | (signature) |
| Saturday, March 6 | through Friday, March 12 | (signature) |
| Saturday, March 13 | through Friday, March 19 | (signature) |
| Saturday, March 20 | through Friday, March 26 | (signature) |
| Saturday, March 27 | through Friday, April 2 | (signature) |
| Saturday, March 3 [SIC] | through Friday, April 9 | (signature) |
| Saturday, April 10 | through Friday, April 16 | (signature) |
| Saturday, April 17 | through Friday, April 23   $450- pesos | (signature) |