

Corrections Corporation of America
Correctional Treatment Center
**PERFECT ATTENDANCE AWARD**
ESL
Education Department

**OSCAR AGUILAR** for Perfect Attendance for the month of January 2006

DEFT./RESP. EXHIBIT IV-A  CASE# 05-246

DEFT./RESP.
EXHIBIT IV B
CASE# 05-246

# CERTIFICATE OF ACHIEVEMENT

CENTER FOR CORRECTIONAL HEALTH
AND
POLICY STUDIES

CENTRAL TREATMENT FACILITY
WASHINGTON, DC

*Oscar Aguilar*

HAS SUCCESSFULLY COMPLETED
THE
SUBSTANCE ABUSE AWARENESS PROGRAM

6 / 22 / 06
Date

Nilfa Maria Guzman LPC
Latin American Services / Coordinator

DEFT./RESP.
EXHIBIT IV C
CASE# 05-246

# UCA Education Programs

This is to certify that

*Oscar Aguilar*

has satisfactorily completed the course of study prescribed for graduation from this program and is therefore entitled to this certificate in

ARISE Life – Management Skills
_Violence & Conflict_

On this  14th  day of  June 2006

_Jeanette Olivo-Dopena_
Education Director / Principal

_[signature]_
Warden / Administrator

# MEDICAL AND MENTAL HEALTH SERVICES
## Central Detention Facility
1901 D Street, S.E.
Washington, D.C. 20003



July 21, 2006

**To whom it may concern:**

I am writing this statement on behalf of Mr. Oscar Aguilar. DCDC # 306822, who is part of my Latin American case load. I hope this information will be helpful in assisting you in terms of this inmate's disposition.

Mr. Aguilar has been consistently attending educational activity programs for Latin American residents. He has been using Educational Conferences and Community Groups to resolve problems and attain his personal goals. He has completed the Substance Abuse Awareness Program. Mr. Aguilar needs to develop relapse prevention skills. Therefore, I strongly recommend that he participates in a Substance Abuse Program, in the near future. Additionally, Mr. Aguilar is cooperative and has demonstrated potential to use therapeutic resources to deal with personal issues that need to be confronted and changed.

If I can be of any further assistance feel free to contact me at (202) 673 - 8744

Sincerely

Nilfa M, Guzman LPC.
Latin American Program
Coordinator

CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES
Phone (202) 673-8445          Fax (202) 673-8010