**ATTACHMENT A**

# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Immigration and Customs Enforcement

### RECORD OF SWORN STATEMENT

Office: _SAC/DC_____ File No.: _A98 617 050_

Statement by: _Oscar Aguilar-Gomez_          Date: _September 19, 2005_____

In the case of: _Oscar Aguilar-Gomez_

At: _SAC/DC Office, 2675 Prosperity Avenue, 4th Floor, Fairfax, VA 22031_

Before: _Special Agent Heath Simon and Special Agent Mark Leeper_____.

_____ in the Spanish language . Interpreter _Special Agent Heath Simon_ used.

I, Oscar AGUILAR-GOMEZ, acknowledge that the above-named officer has identified himself as an officer of the United States Immigration and Customs Enforcement, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding:

_My presence in the United States, employment in the United States, entry into the United States, and other Immigration matters._

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

> You have the right to remain silent.
>
> Anything you say can be used against you in court, or other proceedings.
>
> You have the right to consult an attorney before making any statement or answering any questions.
>
> You have the right to have an attorney present with you during questioning.
>
> If you cannot afford an attorney, one will be appointed for you before any questioning, if you wish.
>
> If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney.

I am willing to make a sworn statement without anyone else being present. I swear to tell the truth, the whole truth, and nothing but the truth, so help me, God.

Being duly sworn, I make the following statement:

Q. What is your complete, true, and correct name?
A. Oscar Aguilar-Gomez,

Q. What is your date of birth and where were you born?
A. February 3, 1972, in Mexico.

**Record of Sworn Statement Continued**                                         Page 2
**Oscar AGUILAR-GOMEZ**

Q. Have you used any other names before?
A. No.

Q. What country(s) are you a national and citizen of?
A. Mexico.

Q. What country are your parent's citizens of?
A. Mexico.

Q. Have your parents been citizens of any other country?
A. No.

Q. How many times have you entered the U.S.?
A. Two.

Q. When was the first time?
A. January 2002.

Q. Have you ever been deported from the U.S?
A. No.

Q. When did you last enter the U.S.?
A. June or July 2005.

Q. Where and how did you last enter the U.S?
A. I was smuggled by a Coyote near San Ysidro for $1300.

Q. Do you have authorization to work or live in the United States?
A. No.

Q. Have your parents ever immigrated to the United States?
A. No.

Q. Why did you come to the United States?
A. To earn more money to pay alimony to my ex-wife. I have to pay 30% of my salary which is about $1,000 pesos ($100 US dollars) per week.

Q. What type of work do you do?
A. I cut trees and sometimes sell false documents.

Q. What kind of false documents did you sell?
A. Immigration Resident Cards and Work Permits as well as Social Security Cards.

Q. How much do you charge for the false documents?
A. $70.00 dollars for a package that includes either a Green Card with Social Security Card or a Work Permit and Social Security Card.

Q. How long have you been selling documents on the 1700 block of Columbia Road, Washington, D.C?
A. Less than a month.

**Record of Sworn Statement Continued**　　　　　　　　　　　　　　　　　Page 3
**Oscar AGUILAR-GOMEZ**

Q. How many documents did you sell per week?
A. I sold about five documents per week, more or less.

Q. How much money did you receive per packet?
A. I got $20.00 per set.

Q. Who received the rest of the money?
A. I don't know.

Q. What is your job when you sell the false documents.
A. I offer false documents to Hispanic people on Columbia Road. The customers give me their photographs, name, date of birth, and I put that information by the telephone across from McDonald's. About two hours later would check to see if the runner put my documents back by the telephone. I would always write Oscar on my customer's papers so the runner knows I sold those cards.

Q. Who was the runner for your group?
A. I don't know.

Q. How many vendors sell documents in your group?
A. Maybe five in my group. There are a lot of groups that sell the documents on Columbia Road, but I don't know who belongs to which group.

Q. Do you make the false documents or have you ever?
A. No I never have.

Q. Why do you think your fingerprints were found on documents that were in the mill?
A. I have no idea, that is what I want to find out.

Q. Have you ever brought orders for false documents from Columbia Road to the mill?
A. No.

Q. Who is the person that made the false documents for your group?
A. I don't know.

Q. Who is the boss of your group?
A. I don't know.

Q. Did you know the documents were false?
A. Yes.

Q. Did you know that it is illegal to sell false documents?
A. Yes.

Q. What is your cell phone number?
A. I don't remember.

Q. Can you identify any of the individuals from these photographs? (Photos of those arrested on 8/2/05)
A.. Yes I recognize some of them.

**Record of Sworn Statement Continued**                                    Page 4
**Oscar AGUILAR-GOMEZ**

Q. Who do you recognize?
A. Guero, my brother Luis, Rogelio, and Carlos live with me at the house that we were arrested on Kansas Ave. in DC.

Q. Of those you identified, what do they do?
A. I don't know but I see them walking on Columbia Road.

Q. Do you think they are fraudulent card vendors?
A. I don't know.

Q. Have you ever been convicted of a crime in the U.S. or any other country?
A. No.

Q. Have you understood every question that was asked of you during this interview?
A. Yes.

Q. Were you threatened, coerced, or promised anything in exchange for your answers provided in this sworn statement?
A. No.

Q. Do you have anything else you wish to add to this statement?
A. No.