**ATTACHMENT B**

# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
# Immigration and Customs Enforcement

## RECORD OF SWORN STATEMENT

Office: __SAC/DC_____ File No.: __A76 513 343__

Statement by: __Raymundo LOPEZ-VARGAS_____ Date: __August 23, 2005_____

In the case of: __Raymundo LOPEZ-VARGAS__

At: __SAC/DC Office, 2675 Prosperity Avenue, 4th Floor, Fairfax, VA 22031__

Before: __Special Agent Heath Simon and Special Agent April Miller_____.

_____in the Spanish language__. Interpreter __Special Agent Heath Simon__ used.

I, Raymundo LOPEZ-VARGAS, acknowledge that the above-named officer has identified himself as an officer of the United States Immigration and Customs Enforcement, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding:

 My presence in the United States, employment in the United States, entry into the United States, and other Immigration matters.

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

>You have the right to remain silent.

>Anything you say can be used against you in court, or other proceedings.

>You have the right to consult an attorney before making any statement or answering any questions.

>You have the right to have an attorney present with you during questioning.

>If you cannot afford an attorney, one will be appointed for you before any questioning, if you wish.

>If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney.

I am willing to make a sworn statement without anyone else being present. I swear to tell the truth, the whole truth, and nothing but the truth, so help me, God.

Being duly sworn, I make the following statement:

Q. What is your complete, true, and correct name?
A. Raymundo LOPEZ-VARGAS.

Q. What is your date of birth and where were you born?
A. I was born in the Distrito Federal Mexico on September 16, 1975.

R.L.V.

**Record of Sworn Statement Continued**          Page 3
**Raymundo LOPEZ-VARGAS**

REDACTED

Q. Who is the person that made the false documents for your group?
A. I don't know. However, Perico and Manuel lived in the house where I was arrested. They might be the ones who made the documents.