**ATTACHMENT C**

# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## Immigration and Customs Enforcement

## RECORD OF SWORN STATEMENT

Office: __SAC/DC__                             File No.: __A98 617 050__

Statement by: __Pedro HERNANDEZ-CARLON__          Date: __September 1, 2005__

In the case of: __Pedro HERNANDEZ-CARLON__

At: __SAC/DC Office, 2675 Prosperity Avenue, 4th Floor, Fairfax, VA  22031__

Before: __Special Agent Heath Simon and Special Agent Mark Leeper__

_____ in the Spanish language . Interpreter __Special Agent Heath Simon__ used.

I, Pedro HERNANDEZ-CARLON, acknowledge that the above-named officer has identified himself as an officer of the United States Immigration and Customs Enforcement, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding:

My presence in the United States, employment in the United States, entry into the United States, and other Immigration matters.

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

> You have the right to remain silent.
>
> Anything you say can be used against you in court, or other proceedings.
>
> You have the right to consult an attorney before making any statement or answering any questions.
>
> You have the right to have an attorney present with you during questioning.
>
> If you cannot afford an attorney, one will be appointed for you before any questioning, if you wish.
>
> If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney.

I am willing to make a sworn statement without anyone else being present. I swear to tell the truth, the whole truth, and nothing but the truth, so help me, God.

Being duly sworn, I make the following statement:

Q. What is your complete, true, and correct name?
A. Pedro Alberto HERNANDEZ-CARLON,

Q. What is your date of birth and where were you born?
A. June 25, 1983, in Mexico.

*PAHC*

**Record of Sworn Statement Continued**          Page 3
**Pedro HERNANDEZ-CARLON**

Q. What else did you do in the organization?
A. I would drive my father's car as a taxi. Some of my fares included the fraudulent document vendors on the 1700 block of Columbia Road (Identified photo of vehicle with NC tag TTX4737). I was paid $20.00 per ride. Sometimes I would drive Floy or Don Manuel from 526 Tuckerman Street NW, Washington, D.C. to the 1700 block of Columbia Road (Identified Photos).

Q. Did you ever bring orders for false documents from Columbia Road to Tuckerman?
A. Yes, about ten times. Various vendors would call me and tell me to pick up the photos with the customer information on the 1700 block of Columbia Road. I picked up the orders and then drove to 526 Tuckerman and gave the orders to either Floy or Don Manuel. Sometimes I would drink a beer with them and leave. They would call me when the documents were ready and I would take the documents back to Columbia Road and drop them off. Other times I would drive Floy or Don Manuel back to Columbia Road and they would deliver the documents.

Q. Who is the person that made the false documents for your group?
A. I don't know, but I think Floy and Don Manuel were making the false documents in Floy's room at 526 Tuckerman.

Q. What kind of documents were Floy and Don Manuel delivering to Columbia Road?
A. Social security cards and I think immigration cards.

REDACTED

PA HC