UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal No. 05-246(RMC) |
| | : | |
| OSCAR AGUILAR-GOMEZ | : | |

REQUEST FOR RECOMMENDATION OF FEDERAL PRISON SITUS

Based upon the comments made at the sentencing hearing on October 23, 2006, defendant Oscar Aguilar-Gomez, by his attorney, Gary M. Sidell, hereby requests that this Honorable Court recommend to the U.S. Bureau of Prisons that he be housed in a facility close to Mexico in order to facilitate a more expeditious return to his native country upon completion of his sentence.

Respectfully submitted,

_____/s/_____
Gary M. Sidell, Esq.
1101 Connecticut Ave., NW
Suite 1000
Washington, D.C. 20036
D.C. Bar No. 961847
202-783-0060
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that I have caused this pleading to be served on all parties to this case by ECF filing this 23rd day of October, 2006.

_____/s/_____
Gary M. Sidell