HONORABLE ROSEMARY M. COLLYER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR- 05-0246-07</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Aguilar-Gomez, Oscar | : | Disclosure Date: <u>September 5, 2006</u> |

FILED
OCT 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

    ( )    There are no material/factual inaccuracies therein.

    (X)    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____

**Prosecuting Attorney**                                                                         **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

    ( )    There are no material/factual inaccuracies therein.

    (X)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

X _Oscar Aguilar Gomez_  9/16/06        _[signature]_  9/16/06

**Defendant**              **Date**             **Defense Counsel**           **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **September 19, 2006**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**    Richard A. Houck, Jr., Chief
         United States Probation Officer

**Receipt and Acknowledgment**                                                              Page 2

|     | Page | Paragraph | |
| --- | --- | --- | --- |
| 1.  | 2 | Education | Grade 9: Defendant completed grade school and one of three years of "preparatory school," the Mexican equivalent of a U.S. high school program. |
| 2.  |   | Aliases: | "Manuel" has not been used by the defendant, see Factual Proffer @ page 2, but one of the co-defendants reportedly identified defendant as such. |
| 3.  | 3 | 3 | Defendant's plea offer was "wired" to that for 3 other co-defendants, not all others. See ¶12. |
| 4.  | 4 | 6 | "2006" rather than "1006" |
| 5.  | 6 | 20 | The number of documents involved is to be determined by the court at sentencing. The government will claim that defendant was involved with more than 100, while he will claim no more than 5. Hence, until this issue is resolved, it is not possible to determine an offense severity level. |
| 6.  | 7 | 35 | "Soledad" rather than "Solidad" |
|     |   |   | Defendant's marriage: Civil ceremony first on 3/1/96, followed by religious ceremony on 11/22/1996, rather than 1994. |
|     |   |   | "Guadalupe" rather than "Guadelepia" |
| 7.  | 9 | 42 | "Bachilleres" rather than "Bachillenes" |
| 8.  | 11 | 56 | Offense severity level: see paragraph 20 and note, above. |
| 9.  | 11 | 56 ? | "contention" should be "dispute" |
| 10. | 13 | 71 | "minus" should be "minor" |

Signed by: /s/ _____
(Defendant/Defense Attorney/AUSA)

Date: 9-18-06

GARY M. SIDELL
ATTORNEY AT LAW
1101 CONNECTICUT AVENUE, NW.
SUITE 1000
WASHINGTON, D.C. 20036

September 18, 2006

(202) 783-0060
FAX (202) 331-9666
suitcase@erols.com

RECEIVED September 18
2006 SEP 29 P 12: 35
OFFICE
U.S. DISTRICT OF COLUMBIA

Ms. Renee Moses-Gregory
United States Probation Officer
United States Courthouse
333 Constitution Ave., NW
Second Floor
Washington, D.C. 20001
BY HAND

                              Re: United States v. Oscar Aguilar-Gomez
                                 Criminal No. 05-246-07
                                 Pre-sentence Investigation Report

Dear Ms. Moses-Gregory:

       Please find enclosed those corrections suggested for the Pre-sentence Investigation Report concerning my client, Mr. Aguilar-Gomez. I trust that the corrections, as detailed on the enclosed page, are self-explanatory, but please contact me should you have any questions about them.

       The entire report was reviewed with Mr. Aguilar-Gomez with the aid of a court certified interpreter, Ms. Angeles Estrada. As a result, the notation concerning the most advanced level of Mr. Aguilar-Gomez's formal education was included on our proposed modifications. Apparently, the structure of the Mexican educational system does not precisely mirror that which exists in this country.

                                 Sincerely,

                                   Gary M. Sidell